People v Washington (2025 NY Slip Op 04024)

People v Washington

2025 NY Slip Op 04024

Decided on July 2, 2025

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on July 2, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

FRANCESCA E. CONNOLLY, J.P.
LARA J. GENOVESI
JANICE A. TAYLOR
JAMES P. MCCORMACK, JJ.

2024-03348
 (Ind. No. 12/23)

[*1]The People of the State of New York, respondent,
v
Marlon A. Washington, appellant.

Margaret M. Walker, Poughkeepsie, NY (Jennifer Burton of counsel), for appellant.
Anthony P. Parisi, District Attorney, Poughkeepsie, NY (Kirtsten A. Rappleyea of counsel), for respondent.

DECISION & ORDER
Appeal by the defendant from a judgment of the County Court, Dutchess County (Edward T. McLoughlin, J.), rendered March 27, 2024, convicting him of burglary in the first degree, upon his plea of guilty, and imposing sentence.
ORDERED that the judgment is affirmed.
The County Court did not err in directing the defendant, after a hearing, to pay restitution in the amount of $27,000 (see Penal Law § 60.27[1], [2]; People v Connolly, 27 NY3d 355, 359-360; People v Perez, 130 AD3d 1496, 1497; People v Shortell, 30 AD3d 837, 837-838; cf. People v Wilson, 59 AD3d 807, 808-809).
The County Court was authorized to impose an amount of restitution in excess of $15,000 for the defendant's felony conviction, since the amount in excess of $15,000 represented the amount needed to reimburse the victim (see Penal Law § 60.27[5][b]; People v Horne, 97 NY2d 404, 410-414; People v Simmons, 133 AD3d 896, 897).
The defendant's remaining contention is without merit.
CONNOLLY, J.P., GENOVESI, TAYLOR and MCCORMACK, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court